Decided April 8, 1996

### FLOYD WILLIAMS *v.* COMMISSIONER OF CORRECTION

The petitioner Floyd Williams' petition for certification for appeal from the Appellate Court, 40 Conn. App. 512 (AC 14241), is denied.

*Leopold F. DeFusco,* special public defender, in support of the petition.

*Richard F. Jacobson,* assistant state's attorney, in opposition.

Decided April 8, 1996

### EVERETTE MCGREGOR *v.* COMMISSIONER OF CORRECTION

The petitioner Everette McGregor's petition for certification for appeal from the Appellate Court, 40 Conn. App. 926 (AC 14103), is denied.

*William Andrew Lichtenfels,* special public defender, in support of the petition.

*Timothy J. Sugrue,* executive assistant state's attorney, in opposition.

Decided April 8, 1996